# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RONALD BLACHMAN,

    Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

    Defendants.

Case No. 19-cv-00047-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 18

    The parties hereto, by their counsel, have advised the court that they have agreed to a settlement of this case, that a formal settlement agreement has been finalized and fully executed by the parties, and that the agreement provides that this court will retain jurisdiction over the parties to enforce the terms of the settlement agreement. Accordingly, IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within 120 days, with proof of service thereof on the opposing party, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of 120 days, the dismissal shall be **with** prejudice. The parties may substitute a dismissal with prejudice at any time during this

/ / /

/ / /

/ / /

/ / /

1 | 120 day period.
2 | **IT IS SO ORDERED.**
3 | Dated: May 30, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge